AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California


FILED
SEP 08 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-mj-70942 PSG |
| Francisco Javier Estrada | ) | Charging District: Western District of Missouri |
| *Defendant* | ) | Charging District's Case No. 11-3241 JCE-01 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Western District of Missouri, 222 N. John Q Hammons Pkwy, Suite 2200, Springfield, MO 65806 | Courtroom No.: 2nd Floor |
|---|---|
| | Date and Time: 9/21/2011 at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 9/8/2011

Pe S. ~~~~
*Judge's signature*

Paul S. Grewal, U.S. Magistrate Judge
*Printed name and title*